Thomas L. FLEETWOOD, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 89, 2016

Supreme Court of Delaware.

Submitted: September 21, 2016
Decided: October 6, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1503013906

AFFIRMED in part. REVERSED in part. REMANDED.

Leonardo MALDONADO, Petitioner Below-Appellant,

v.

STATE of Delaware, Respondent Below-Appellee.

No. 172, 2016

Supreme Court of Delaware.

Submitted: August 5, 2016
Decided: October 6, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N13M-12-075

AFFIRMED.